UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

NATASHA CAINES, TAMAR BLAKE, a minor under the
age of 18 years, by NATASHA CAINES, Mother, IMANI
BLAIR, a minor under the age of 18 years, by NATASHA
CAINES, Mother, CHYNA BLAIR, , a minor under the age of
18 years, by NATASHA CAINES, Mother, and TOKEO
BLAIR, , a minor under the age of 18 years, by NATASHA
CAINES, Mother ,

**STIPULATION AND
ORDER OF DISMISSAL**

12 CV 3273 (WFK) (VVP)

                                                    Plaintiffs,

                          -against-

NEW YORK CITY, POLICE SERGEANT MOLE, POLICE
OFFICER MATTHEW WIDIMER, POLICE
OFFICER ANOWAR HOSSAIN, POLICE OFFICER KEVIN
McCARTHY, and POLICE OFFICER JOHN
DOE 4, individually, and in their capacity as members of
the New York City Police Department.

                                                    Defendants.
------------------------------------------------------------------------X


          **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability:

          **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, that

                    1.     The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

PetersonDelleCave LLP
*Attorneys for Plaintiffs*
233 Broadway, Suite 1800
New York, NY 10279
(212) 240-9075

By: _____
Justin Delle Cave

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Mole,
Widimer, Hossain and McCarthy*
100 Church Street, Rm. 3-159b
New York, New York 10007

By: _____
Camiel Richards
*Assistant Corporation Counsel*

SO ORDERED:

s/WFK

HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
February 4, 2015

2